# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENA TUFFORD,<br><br>    Plaintiff,<br> v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 4:20-cv-00042-SLG |

## ORDER RE MOTION FOR ATTORNEY'S FEES

Before the Court at Docket 19 is Plaintiff Tufford's motion for an order awarding attorney's fee pursuant to 42 U.S.C. § 406(b). The government did not file any response to the motion. Upon due consideration, the motion is GRANTED.

IT IS ORDERED that attorney's fees are granted in the amount of $6,800.00, which represents significantly less than 25% of the retroactive benefits awarded to Plaintiff, pursuant to 42 U.S.C. § 406(b), and that such fees are to paid to primary counsel for Plaintiff, Charles E. Binder. Upon receipt of this sum, counsel for Plaintiff is directed to remit $706.45 previously paid to counsel under the Equal Access to Justice Act.

DATED this 13th day of June, 2023 at Anchorage, Alaska.

              */s/ Sharon L. Gleason*
              UNITED STATES DISTRICT JUDGE